IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV75

| | |
|---|---|
| BOBBI ANN LEE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WALMART #1452 ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon the pro se Plaintiff's notice that she does not wish to pursue her Complaint in this case. The court will construe this as a notice of voluntary dismissal.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

Signed: June 21, 2006

Graham C. Mullen
United States District Judge